UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>                                        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM<br><br>                                        Defendants. | CASE NO. 2:05-CV-05060-SRC-MAS |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff in the above-captioned action filed the original Complaint on October 21, 2005, which contained 453 paragraphs, spanned 194 pages, and alleged 7 causes of action;

WHEREAS, by telephonic conference on July 9, 2007, this Court granted the request made by all Defendants other than Defendant Scolnick ("Defendants") to double the page limits prescribed by the U.S. District Court for the District of New Jersey Local Civil Rule 7.2 for briefs supporting or opposing Defendants' motion to dismiss the original Complaint;

WHEREAS, Plaintiff filed the Second Amended Complaint on October 21, 2011, which contains 509 paragraphs, spans 214 pages, and alleges 8 causes of action;

WHEREAS, Defendants will file a motion to dismiss the Second Amended Complaint on January 20, 2012;

WHEREAS, Defendant Scolnick intends to file a separate motion to dismiss the Second Amended Complaint on January 20, 2012;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, AND SO ORDERED:

1. The page limits for Defendants' Motion to Dismiss the Second Amended Complaint and Plaintiff's opposition to Defendants' motion shall be increased to 60 pages (or 45 pages if 12-point proportional font is used);

2. The page limit for any reply brief filed by Defendants shall be increased to 30 pages (or 22.5 pages if 12-point proportional font is used);

3. Nothing in this stipulation shall alter the page limits applicable to any motion to dismiss filed by Defendant Scolnick, or any opposition thereto filed by Plaintiff.

DATED:     December 16, 2011

AGREED TO BY:

**GRANT & EISENHOFER P.A.**

By: ___/s/ Geoff Jarvis/ KAD by permission___
Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500
gjarvis@gelaw.com

**SAIBER LLC**
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(973) 622-3333
jwl@saiber.com

*Counsel for Plaintiff Stichting Pensioenfonds ABP*

DATED:      December 16, 2011

**CRAVATH, SWAINE & MOORE LLP**

By: _____
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
kdemasi@cravath.com

**HUGHES HUBBARD & REED LLP**
William R. Stein
Eric Parnes
1775 I Street, N.W.
Washington, DC 20006-2401
(202) 721-4600
parnes@hugheshubbard.com

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, David W. Anstice, and Peter S. Kim*

DATED: December 16, 2011

**SCHULTE ROTH & ZABEL LLP**

By: _____
Martin L. Perschetz
Sung-Hee Suh
William H. Gussman, Jr.
919 Third Avenue
New York, NY 10022
(212) 756-2000
bill.gussman@srz.com

**LOWENSTEIN SANDLER PC**
Lawrence M. Rolnick
Sheila A. Sadighi
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500
lrolnick@lowenstein.com

*Counsel for Defendant Edward M. Scolnick*

SO ORDERED: _____, 2011

_____
Hon. Stanley R. Chesler
United States District Judge