MARTIN L. PERSCHETZ
[martin.perschetz@srz.com](martin.perschetz@srz.com)
SUNG-HEE SUH
[sung-hee.suh@srz.com](sung-hee.suh@srz.com)
WILLIAM H. GUSSMAN, JR.
[bill.gussman@srz.com](bill.gussman@srz.com)
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000

LAWRENCE M. ROLNICK
[lrolnick@lowenstein.com](lrolnick@lowenstein.com)
SHEILA A. SADIGHI
[ssadighi@lowenstein.com](ssadighi@lowenstein.com)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973-597-2500

*Attorneys for Defendant Dr. Edward M. Scolnick*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: | Case No. 2:05-CV-05060-SRC |
| THE STICHTING PENSIOENFONDS ABP ACTION | **ORAL ARGUMENT REQUESTED** |

### NOTICE OF DEFENDANT DR. EDWARD M. SCOLNICK'S MOTION TO DISMISS STICHTING PENSIOENFONDS ABP'S SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that on April 2, 2012 or as soon thereafter as counsel may be heard, Defendant Dr. Edward M. Scolnick, by his undersigned counsel, and pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, shall apply to the Honorable Stanley R. Chesler, of the United States District Court for the District of New Jersey, at the Frank R. Lautenberg U.S. Post Office & Courthouse, Room 417, Federal Square, P.O. Box 999 Newark, New Jersey 07101, for an Order dismissing with prejudice Stichting Pensioenfonds ABP's Second Amended Complaint on the grounds, among others, that Plaintiffs have failed to state a claim upon which relief may be granted. Defendant Dr. Edward M. Scolnick will rely in support of the motion on the Memorandum of Law and Certification of Sheila A. Sadighi, Esq. submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated:  Roseland, New Jersey
        January 20, 2012

LOWENSTEIN SANDLER PC

By:  s/ Sheila A. Sadighi
     Lawrence M. Rolnick
     Sheila A. Sadighi
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

SCHULTE ROTH & ZABEL LLP
Martin L. Perschetz (*admitted pro hac vice*)
Sung-Hee Suh (*admitted pro hac vice*)
William H. Gussman, Jr. (*admitted pro hac vice*)
919 Third Avenue

New York, New York 10022
212.756.2000

*Attorneys for Defendant Dr. Edward M. Scolnick*