## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE STICHTING PENSIOENFONDS ABP ACTION | Case No. 2:05-CV-05060-SRC (*Document Electronically Filed*) |

### [PROPOSED] ORDER GRANTING DEFENDANT DR. EDWARD M. SCOLNICK'S MOTION TO DISMISS STICHTING PENSIOENFONDS ABP'S SECOND AMENDED COMPLAINT

**THIS MATTER** having been opened to the Court by Schulte Roth & Zabel LLP and Lowenstein Sandler PC, counsel for Defendant Dr. Edward M. Scolnick, on Defendant Dr. Edward M. Scolnick's Motion To Dismiss Stichting Pensioenfonds ABP's Second Amended Complaint (the "Motion"), and the Court having considered the papers filed in support thereof, and in opposition thereto; and the Court having heard and considered the arguments of counsel; and for good cause shown;

**IT IS** on this _____ day of _____, 201__, hereby

**ORDERED**, that the Motion shall be, and the same is hereby, **GRANTED**; and it is further

**ORDERED**, that the Second Amended Complaint is hereby **DISMISSED WITH PREJUDICE** as to Defendant Dr. Edward M. Scolnick.

_____
**HON. STANLEY R. CHESLER, U.S.D.J.**