MARTIN L. PERSCHETZ
martin.perschetz@srz.com
SUNG-HEE SUH
sung-hee.suh@srz.com
WILLIAM H. GUSSMAN, JR.
bill.gussman@srz.com
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000

LAWRENCE M. ROLNICK
lrolnick@lowenstein.com
SHEILA A. SADIGHI
ssadighi@lowenstein.com
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973-597-2500

*Attorneys for Defendant Dr. Edward M. Scolnick*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO:<br><br>THE STICHTING PENSIOENFONDS ABP ACTION | Case No. 2:05-CV-05060-SRC<br><br>**CERTIFICATE OF SERVICE** |

SHEILA A. SADIGHI, ESQ. of full age, on her oath, hereby certifies and says:

1. On January 20, 2012, I caused (i) Defendant Dr. Edward M. Scolnick's Notice of Motion to Dismiss Stichting Pensioenfonds ABP's Second

Amended Complaint; (ii) the Memorandum of Law in Support of Defendant Dr. Edward M. Scolnick's Motion to Dismiss Stichting Pensioenfonds ABP's Second Amended Complaint; (iii) the Certification of Sheila A. Sadighi, Esq. in Support of Dr. Edward M. Scolnick's Motion to Dismiss Stichting Pensioenfonds ABP's Second Amended Complaint; (iv) a Proposed Form of Order; and (v) this Certificate of Service to be served via the Court's ECF system on all counsel of record in the above-captioned matter.

      2.    Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2012            By: s/ Sheila A. Sadighi

                                                     **LOWENSTEIN SANDLER PC**
                                                     65 Livingston Avenue
                                                     Roseland, New Jersey 07068
                                                     973.597.2500
                                                     ssadighi@lowenstein.com