# CERTIFICATE OF SERVICE

The undersigned certifies, under the penalties of perjury, that on January 20, 2012, a copy of the foregoing

**(1)  NOTICE OF MOTION FOR AN ORDER DISMISSING THE SECOND AMENDED COMPLAINT;**
**(2)  MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT;**
**(3)  DECLARATION OF KARIN A. DeMASI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (WITH EXHIBITS);**
**(4)  [PROPOSED] ORDER GRANTING DEFENDANTS' MOTINO TO DISMISS THE SECOND AMENDED COMPLAINT; and**
**(5)  CERTIFICATE OF SERVICE**

was filed electronically.  Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Dated, this 20th day of January, 2012, at New York, NY.


/s/ Robert B. Zwillich
_____
Robert B. Zwillich

<<NYLit~**2328995.2**:4080:11/16/05-10:28a>>