**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

**HUGHES HUBBARD & REED LLP**
William R. Stein
Eric S. Parnes
1775 I Street, NW
Washington, DC 20006-2401
(202) 721-4600

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, David W. Anstice and Peter S. Kim*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| This document relates to: THE STICHTING PENSIOENFONDS ABP ACTION | Case No. 2:05-CV-05060-SRC-MF |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

2

Defendants Merck & Co., Inc., Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, David W. Anstice and Peter S. Kim (collectively, "Defendants") in the above-entitled action, having moved for an Order dismissing all claims alleged in the Second Amended Complaint; and

This Court having considered the papers submitted by the parties, and having heard the arguments of counsel both in support of and in opposition to Defendants' Motion, and for good cause shown,

IT IS HEREBY ORDERED that the Second Amended Complaint be and hereby is dismissed with prejudice as to Defendants.

_____, 2012.

_____
Stanley R. Chesler
United States District Judge