# Exhibit 29

|  |  |
|---|---|
| To: | Gilmartin, Raymond; Anstice, David W. |
| From: | Scolnick, Edward M. |
| Cc |  |
| Bcc: |  |
| Date: | 2001-01-31 15:56:30 |
| Subject: | Monday MC |

Ray and David As I am sure you can both tell, i am pretty agitated over the events related to Stanford and Dr Frees. The Vigor meeting is next thur. On Monday i will show you the esssence , an update, of the data that supports Vioxx is safe in the Cv sense. But I want to point out to all of you at one time that 1. there is no way to prove that in patients with rheumatoid arthritis that ALL of the difference between Vioxx and naproxen is due to the benefit of naproxen. IT IS IMPOSSIBLE TO PROVE THIS; IT IS IMPOSSIBLE TO KNOW THIS WITH CERTAINTY. It is likely if not certain that our label will state the  data from Vigor. it is even likely that wotrds will be used to say that it is not clear if the effect is purely do to a protective effect of naproxen in this RA patient population. When the study results came out last year , this fact was patently clear . Since then we have reduced the uncertainty to this very salient point. But it is impossible to dismiss the point. The FDA will NEVER allow it to be fully dismissed. Ther will be great adverse publicity at the meeting. Sidney Wolfe now is on the agenda after both us and the FDA on our day. I am trying to find out whether he has asked for time on their day also. In any case  we need to face the reality of the situation and manage it. Knowing what is about to ahppen, managing the short term fall out, and facing and managing any longer term conseqeunces. Thus so that everyone at one time hears this clearly I request a few minutes Monday to show a select group of about 10 overheads and make my point to all/ Ed Scolnick

Confidential - Subject To Protective Order                                                                                                                    MRK-ACR0008985