# CERTIFICATE OF SERVICE

The undersigned certifies, under the penalties of perjury, that on January 23, 2012, a copy of the foregoing

**(1)   EXHIBITS 9, 10 AND 29 TO THE DECLARATION OF KARIN A. DeMASI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FILED ON JANUARY 20, 2012 (ECF DOCKET NO. 67-2); AND,**

**(2)   CERTIFICATE OF SERVICE**

was filed electronically.  Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Dated, this 23rd day of January, 2012, at New York, NY.

_____
BRYANT YU