

**MARC E. WOLIN**
**(973) 622-8401**
mew@saiber.com

February 24, 2012

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
US District Court for the District of New Jersey
Frank R. Lautenberg U.S. Courthouse &
  Post Office Building, Room 417
One Federal Square
Newark, New Jersey 07101

      Re:    Stichting Pensioenfonds ABP v. Merck& Co., Inc, et al.
             Civil Action No.: 05-CV-05060-SRC-MAS

Dear Judge Chesler:

      We, along with Grant and Eisenhofer, P.A., are co-counsel for plaintiff in the above-referenced matter. We are submitting for Your Honor's approval a Stipulation and Proposed Order with respect to Plaintiff's brief in opposition to the motions to dismiss the Second Amended Complaint filed by the Merck Defendants and Defendant Scolnick, respectively. The Stipulation has been signed by all counsel in this case. If the Stipulation and Proposed Order meet with Your Honor's approval, please execute the same and cause it to be electronically filed with the Clerk.

                                Respectfully yours,
                                /s/ *Marc E. Wolin*
                                MARC E. WOLIN

MEW/smb
Enclosure
cc:    Jay W. Eisenhofer, Esq. (w/ encl. – via ECF)
       Robert H. Baron, Esq. (w/ encl. – via ECF)
       William R. Stein, Esq. (w/ encl. – via ECF)
       Martin L. Perschetz, Esq. (w/ encl. – via EMail)
       Lawrence M. Rolnick, Esq. (w/ encl. – via ECF)
       Jeff W. Lorell, Esq. (w/ encl. – via ECF)

Saiber LLC • 18 Columbia Turnpike • Suite 200 • Florham Park, New Jersey • 07932 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Atlantic City • Point Pleasant Beach

{00714099.DOC}

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

STICHTING PENSIOENFONDS ABP,

    Plaintiff,

v.

MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM,

    Defendants.

CASE NO. 2:05-CV-05060-SRC-MAS

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff in the above-captioned action filed the original Complaint on October 21, 2005, which contained 453 paragraphs, spanned 194 pages, and alleged 7 causes of action;

WHEREAS, Plaintiff filed the Second Amended Complaint on October 21, 2011, which contains 509 paragraphs, spans 214 pages, and alleges 8 causes of action;

WHEREAS, pursuant to stipulation by the parties, this Court entered an Order on January 12, 2012 ("Order") providing that Defendants' Merck & Co., Inc., Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, David W. Anstice, and Peter S. Kim ("Merck Defendants") brief in support of their motion to dismiss the Second Amended Complaint, and Plaintiff's brief in opposition to the Merck Defendants' motion to dismiss the Second Amended Complaint, shall be increased to 60 pages (or 45 pages if 12-point proportional font is used);

WHEREAS, the Order did not alter the page limits applicable to any motion to dismiss filed by Defendant Scolnick, or any opposition thereto filed by Plaintiff;

WHEREAS, the Merck Defendants filed a motion to dismiss the Second Amended Complaint on January 20, 2012, and Defendant Scolnick filed a separate motion to dismiss the Second Amended Complaint on January 20, 2012;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, AND SO ORDERED:

1. Plaintiff shall be permitted to file a single brief in opposition to both Merck Defendants' motion to dismiss the Second Amended Complaint and Defendant Scolnick's motion to dismiss the Second Amended Complaint;

2. The page limit for Plaintiff's brief in opposition to the motions to dismiss shall be 70 pages (or 52.5 pages if 12-point proportional font is used);

3. Nothing in this stipulation shall alter any other agreed-upon page limits applicable to any reply briefs filed by any Defendant.

DATED: February 24, 2012

AGREED TO BY:

**GRANT & EISENHOFER P.A.**

By: _____
Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500
gjarvis@gelaw.com

**SAIBER LLC**
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200

Florham Park, NJ 07932
(973) 622-3333
jwl@saiber.com

*Counsel for Plaintiff Stichting Pensioenfonds ABP*

DATED: February 24, 2012

**CRAVATH, SWAINE & MOORE LLP**

By: *Karin A. DeMasi / by permission*
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
kdemasi@cravath.com

**HUGHES HUBBARD & REED LLP**
William R. Stein
Eric Parnes
1775 I Street, N.W.
Washington, DC 20006-2401
(202) 721-4600
parnes@hugheshubbard.com

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, David W. Anstice, and Peter S. Kim*

<pre>
DATED:      February 24, 2012         SCHULTE ROTH & ZABEL LLP

                                      By: _William H. Gussman, Jr._/by permission
                                      Martin L. Perschetz
                                      Sung-Hee Suh
                                      William H. Gussman, Jr.
                                      919 Third Avenue
                                      New York, NY 10022
                                      (212) 756-2000
                                      bill.gussman@srz.com

                                      **LOWENSTEIN SANDLER PC**
                                      Lawrence M. Rolnick
                                      Sheila A. Sadighi
                                      65 Livingston Avenue
                                      Roseland, NJ 07068
                                      (973) 597-2500
                                      lrolnick@lowenstein.com

                                      *Counsel for Defendant Edward M. Scolnick*



SO ORDERED: _____, 2012



              _____
              Hon. Stanley R. Chesler
              United States District Judge
</pre>