IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP, | Case No. 2:05-CV-5060-SRC |
| Plaintiff, | |
| v. | Declaration of Geoffrey C. Jarvis |
| MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM, | |
| Defendants. | |

## DECLARATION OF GEOFFREY C. JARVIS

Geoffrey C. Jarvis, being of full age, having been duly sworn according to law, upon his oath, declares:

1. I am admitted *pro hac vice* to appear before this Court, and I am counsel for Stichting Pensioenfonds ABP ("ABP");

2. Attached hereto are true and correct copies of the following exhibits:

   Exhibit A: Pretrial Order No. 1 dated May, 6, 2005 in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, C.A. No. 3:05-cv-01151-SRC-TJB, MDL No. 1658

   Exhibit B: Stipulation and Order dated December 28, 2005

   Exhibit C: Stipulation and Order dated May 22, 2007

   Exhibit D: Letter Order dated July 19, 2007

   Exhibit E: Stipulation and Order dated October 19, 2007

   Exhibit F: Stipulation and Order dated November 10, 2008

   Exhibit G: Stipulation and Order dated December 3, 2008

| | |
|---|---|
| Exhibit H: | Stipulation and Order dated January 12, 2012 |
| Exhibit I: | Stipulation and Order dated February 28, 2012 |
| Exhibit J: | Letter to the Court from Robert Baron, Esq. of Cravath, Swaine & Moore LLP dated August 7, 2006 |
| Exhibit K: | Order dated October 6, 2011 |
| Exhibit L: | Order dated January 23, 2012 |
| Exhibit M: | Class Action Order entered January 3, 2012 by Magistrate Judge Shipp |
| Exhibit N: | Opinion dated Aug. 8, 2011 in *In re Merck & Co., Inc. Sec., Deriv. & "ERISA" Litig.*, Nos. 05-1151, 05-2367, 2011 WL 3444199 (D.N.J. Aug. 8, 2011) |
| Exhibit O: | Merck Sharp & Dohme Corp, 10-K405 for the period ending December 31, 1998 |
| Exhibit P: | Merck Sharp & Dohme Corp, 10-K for the period ending December 31, 1999 |
| Exhibit Q: | Merck Sharp & Dohme Corp, 10-K405 for the period ending December 31, 2000 |
| Exhibit R: | Merck Sharp & Dohme Corp, 10-K405 for the period ending December 31, 2001 |
| Exhibit S: | Merck Sharp & Dohme Corp, 10-K for the period ending December 31, 2002 |
| Exhibit T: | Merck Sharp & Dohme Corp, 10-K for the period ending December 31, 2003 |
| Exhibit U: | Merck Sharp & Dohme Corp, 10-K for the period ending December 31, 2004 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 5, 2012

                                                        Geoffrey C. Jarvis
GRANT & EISENHOFER P.A.
123 S. Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

*Counsel for Stichting Pensioenfonds ABP*