IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STICHTING PENSIOENFONDS ABP, | : | Case No. 2:05-CV-5060-SRC |
| Plaintiff, | : | |
| v. | : | |
| | : | Declaration of APG Algemene Pensioen Groep N.V. |
| MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM, | : | |
| Defendants. | : | |

**DECLARATION OF APG Algemene Pensioen Groep N.V. ON BEHALF OF <u>STICHTING PENSIOENFONDS ABP</u>**

APG Algemene Pensioen Groep N.V. ("APG") declares:

1. APG acts for Stichting Pensioenfonds ABP ("ABP"), and is authorized to make this Declaration on behalf of ABP;

2. APG has reviewed the records of ABP's transactions in common stock of Merck & Co., Inc. ("Merck") for the time period of May 21, 1999 to September 30, 2004. Those transactions are listed in the chart attached to this Declaration as Exhibit A;

3. ABP, by itself or through its investment managers, made every transaction listed on Exhibit A on the New York Stock Exchange ("NYSE").

APG declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 5, 2012

APG Algemene Pensioen Groep N.V.

_____
J.G.H.C.M. Beris
**Authorized Signatory**

_____
E.C.E. Swiderski
authorized Signatory

# Exhibit A

Merck & Co.
(Class Period 5/22/99 - 9/29/04)

| Trade Date | Security | Trans Type | Shares | Unit Price | Market Value |
|---|---|---|---:|---:|---:|
| 5/15/2001 | MERCK + CO INC | S | 1,500 | $74.76 | $112,142.85 |
| 5/29/2001 | MERCK + CO INC | B | 1,194 | $74.39 | $88,821.66 |
| 5/29/2001 | MERCK + CO INC | B | 306 | $74.39 | $22,763.34 |
| 6/5/2001 | MERCK + CO INC | B | 1,200 | $74.72 | $89,667.96 |
| 6/6/2001 | MERCK + CO INC | B | 4,400 | $75.08 | $330,373.12 |
| 6/15/2001 | MERCK + CO INC | S | 658 | $73.75 | $48,527.50 |
| 6/15/2001 | MERCK + CO INC | S | 18,842 | $73.67 | $1,388,041.15 |
| 6/27/2001 | MERCK + CO INC | S | 259 | $65.64 | $17,000.76 |
| 6/27/2001 | MERCK + CO INC | S | 1,441 | $65.64 | $94,587.24 |
| 6/29/2001 | MERCK + CO INC | B | 200 | $63.91 | $12,782.00 |
| 7/6/2001 | MERCK + CO INC | S | 4,000 | $63.45 | $253,800.00 |
| 8/16/2001 | MERCK + CO INC | B | 48,113 | $68.71 | $3,305,820.17 |
| 9/25/2001 | MERCK + CO INC | S | 1,555 | $62.07 | $96,513.25 |
| 11/28/2001 | MERCK + CO INC | S | 217,900 | $66.59 | $14,509,961.00 |
| 11/28/2001 | MERCK + CO INC | S | 217,900 | $66.59 | $14,509,961.00 |
| 12/14/2001 | MERCK + CO INC | S | 214 | $58.09 | $12,431.26 |
| 12/14/2001 | MERCK + CO INC | S | 686 | $58.09 | $39,849.74 |
| 12/20/2001 | MERCK + CO INC | S | 1,300 | $59.93 | $77,909.00 |
| 12/21/2001 | MERCK + CO INC | S | 3,503 | $59.63 | $208,883.89 |
| 12/21/2001 | MERCK + CO INC | S | 10,907 | $59.65 | $650,602.55 |
| 12/27/2001 | MERCK + CO INC | B | 48,577 | $59.74 | $2,902,174.57 |
| 1/2/2002 | MERCK + CO INC | S | 290,300 | $58.80 | $17,069,640.00 |
| 1/2/2002 | MERCK + CO INC | S | 77,400 | $58.80 | $4,551,120.00 |
| 2/28/2002 | MERCK + CO INC | B | 71,800 | $61.33 | $4,403,494.00 |
| 4/9/2002 | MERCK + CO INC | S | 23,699 | $53.97 | $1,279,035.03 |
| 5/7/2002 | MERCK + CO INC | S | 79,700 | $55.28 | $4,405,967.43 |
| 6/3/2002 | MERCK + CO INC | B | 27,024 | $55.22 | $1,492,265.28 |
| 6/21/2002 | MERCK + CO INC | S | 1,100 | $49.99 | $54,989.00 |
| 6/28/2002 | MERCK + CO INC | B | 28,300 | $50.64 | $1,433,112.00 |
| 7/9/2002 | MERCK + CO INC | S | 46,558 | $47.12 | $2,193,934.01 |
| 7/31/2002 | MERCK + CO INC | B | 106,852 | $49.60 | $5,299,859.20 |
| 7/31/2002 | MERCK + CO INC | B | 262,948 | $49.55 | $13,030,256.67 |
| 9/20/2002 | MERCK + CO INC | S | 4,200 | $45.74 | $192,108.00 |
| 9/20/2002 | MERCK + CO INC | S | 3,100 | $45.74 | $141,794.00 |
| 9/30/2002 | MERCK + CO INC | S | 10,488 | $45.71 | $479,406.48 |
| 9/30/2002 | MERCK + CO INC | S | 137,812 | $45.71 | $6,299,386.52 |
| 10/15/2002 | MERCK + CO INC | S | 1,900 | $50.88 | $96,672.00 |
| 10/29/2002 | MERCK + CO INC | B | 26,589 | $53.34 | $1,418,337.03 |
| 10/31/2002 | MERCK + CO INC | B | 33,975 | $54.24 | $1,842,804.00 |
| 10/31/2002 | MERCK + CO INC | B | 15,652 | $54.24 | $848,964.48 |
| 10/31/2002 | MERCK + CO INC | S | 1,371 | $54.24 | $74,363.04 |
| 10/31/2002 | MERCK + CO INC | S | 84,100 | $54.24 | $4,561,584.00 |
| 11/6/2002 | MERCK + CO INC | B | 25,475 | $55.82 | $1,421,989.03 |
| 11/21/2002 | MERCK + CO INC | S | 1,527 | $58.62 | $89,516.25 |
| 12/16/2002 | MERCK + CO INC | B | 70,462 | $58.05 | $4,090,283.87 |
| 12/20/2002 | MERCK + CO INC | B | 41 | $56.36 | $2,310.76 |
| 12/20/2002 | MERCK + CO INC | B | 656 | $56.35 | $36,965.60 |
| 1/7/2003 | MERCK + CO INC | B | 25,386 | $59.77 | $1,517,196.83 |

| Date | Security | B/S | Shares | Price | Amount |
|---|---|---|---|---|---|
| 1/15/2003 | MERCK + CO INC | B | 8,310 | $59.37 | $493,352.24 |
| 1/29/2003 | MERCK + CO INC | B | 9,360 | $55.01 | $514,911.38 |
| 2/3/2003 | MERCK + CO INC | B | 21,202 | $55.96 | $1,186,542.37 |
| 2/4/2003 | MERCK + CO INC | B | 16,962 | $54.67 | $927,341.38 |
| 2/5/2003 | MERCK + CO INC | B | 40,708 | $55.20 | $2,247,081.60 |
| 2/6/2003 | MERCK + CO INC | B | 27,140 | $54.54 | $1,480,337.73 |
| 2/18/2003 | MERCK + CO INC | B | 5,450 | $55.16 | $300,617.10 |
| 2/19/2003 | MERCK + CO INC | B | 11,500 | $54.36 | $625,105.50 |
| 2/26/2003 | MERCK + CO INC | B | 4,373 | $52.10 | $227,833.30 |
| 3/5/2003 | MERCK + CO INC | B | 20,820 | $51.58 | $1,073,812.32 |
| 3/14/2003 | MERCK + CO INC | B | 48,638 | $51.21 | $2,490,727.66 |
| 3/31/2003 | MERCK + CO INC | S | 21,243 | $54.78 | $1,163,691.54 |
| 3/31/2003 | MERCK + CO INC | S | 59,789 | $54.78 | $3,275,241.42 |
| 4/1/2003 | MERCK + CO INC | B | 103,694 | $55.42 | $5,746,918.50 |
| 4/1/2003 | MERCK + CO INC | B | 8,600 | $55.36 | $476,102.02 |
| 4/11/2003 | MERCK + CO INC | B | 62,890 | $55.71 | $3,503,601.90 |
| 4/15/2003 | MERCK + CO INC | S | 277,150 | $56.67 | $15,706,090.50 |
| 4/30/2003 | MERCK + CO INC | B | 29,616 | $58.18 | $1,723,058.88 |
| 4/30/2003 | MERCK + CO INC | B | 53,217 | $58.18 | $3,096,165.06 |
| 5/2/2003 | MERCK + CO INC | B | 8,685 | $59.21 | $514,260.56 |
| 5/15/2003 | MERCK + CO INC | S | 17,530 | $59.49 | $1,042,863.21 |
| 6/17/2003 | MERCK + CO INC | B | 18,700 | $62.35 | $1,165,857.11 |
| 7/2/2003 | MERCK + CO INC | B | 6,124 | $62.21 | $380,989.96 |
| 7/15/2003 | MERCK + CO INC | B | 7,660 | $62.01 | $475,000.43 |
| 8/1/2003 | MERCK + CO INC | B | 31,900 | $54.29 | $1,731,965.84 |
| 8/5/2003 | MERCK + CO INC | S | 7,600 | $54.24 | $412,213.36 |
| 8/22/2003 | MERCK + CO INC | B | 1,044 | $50.27 | $52,481.88 |
| 8/22/2003 | MERCK + CO INC | B | 237 | $50.27 | $11,913.99 |
| 8/29/2003 | MERCK + CO INC | B | 133,970 | $50.32 | $6,741,370.40 |
| 9/5/2003 | MERCK + CO INC | B | 40,080 | $51.16 | $2,050,524.86 |
| 9/19/2003 | MERCK + CO INC | S | 367 | $52.28 | $19,188.52 |
| 9/19/2003 | MERCK + CO INC | S | 8 | $52.29 | $418.32 |
| 9/19/2003 | MERCK + CO INC | S | 856 | $52.31 | $44,773.94 |
| 9/30/2003 | MERCK + CO INC | S | 59,985 | $50.62 | $3,036,440.70 |
| 10/1/2003 | MERCK + CO INC | B | 17,060 | $51.13 | $872,248.80 |
| 11/6/2003 | MERCK + CO INC | B | 156,333 | $43.20 | $6,753,648.13 |
| 11/14/2003 | MERCK + CO INC | B | 50,156 | $46.84 | $2,349,512.68 |
| 12/1/2003 | MERCK + CO INC | B | 74,568 | $42.08 | $3,137,590.28 |
| 12/15/2003 | MERCK + CO INC | S | 39,260 | $44.04 | $1,728,947.58 |
| 12/19/2003 | MERCK + CO INC | S | 234,068 | $44.37 | $10,384,473.63 |
| 12/19/2003 | MERCK + CO INC | S | 724 | $44.37 | $32,124.53 |
| 12/19/2003 | MERCK + CO INC | S | 2,899 | $44.37 | $128,614.14 |
| 1/22/2004 | MERCK + CO INC | B | 2,300 | $46.11 | $106,060.82 |
| 1/22/2004 | MERCK + CO INC | B | 11,300 | $46.19 | $521,934.57 |
| 1/22/2004 | MERCK + CO INC | B | 2,100 | $46.11 | $96,838.14 |
| 1/22/2004 | MERCK + CO INC | B | 21,223 | $46.49 | $986,657.27 |
| 1/22/2004 | MERCK + CO INC | B | 118,984 | $46.21 | $5,498,714.68 |
| 2/12/2004 | MERCK + CO INC | S | 106,363 | $48.60 | $5,168,816.35 |
| 2/19/2004 | MERCK + CO INC | S | 3,206 | $48.83 | $156,548.98 |
| 2/19/2004 | MERCK + CO INC | S | 28,850 | $48.92 | $1,411,448.75 |
| 3/5/2004 | MERCK + CO INC | S | 121,921 | $47.94 | $5,845,453.58 |
| 3/19/2004 | MERCK + CO INC | S | 2 | $43.77 | $87.54 |

| Date | Security | Type | Shares | Price | Amount |
|---|---|---|---:|---:|---:|
| 3/19/2004 | MERCK + CO INC | S | 273 | $43.78 | $11,950.58 |
| 3/19/2004 | MERCK + CO INC | S | 272 | $44.23 | $12,030.56 |
| 3/22/2004 | MERCK + CO INC | S | 71,633 | $43.72 | $3,131,794.76 |
| 3/30/2004 | MERCK + CO INC | B | 1,500 | $44.02 | $66,030.00 |
| 3/30/2004 | MERCK + CO INC | B | 40,701 | $44.08 | $1,794,238.46 |
| 4/21/2004 | MERCK + CO INC | B | 229,325 | $46.90 | $10,754,333.47 |
| 4/21/2004 | MERCK + CO INC | B | 3,300 | $46.50 | $153,450.00 |
| 4/21/2004 | MERCK + CO INC | B | 1,000 | $46.65 | $46,650.00 |
| 4/27/2004 | MERCK + CO INC | B | 72,733 | $47.38 | $3,446,358.65 |
| 4/27/2004 | MERCK + CO INC | S | 12,500 | $47.28 | $591,021.25 |
| 6/15/2004 | MERCK + CO INC | B | 17,819 | $47.85 | $852,576.78 |
| 6/15/2004 | MERCK + CO INC | B | 300 | $47.99 | $14,397.00 |
| 6/18/2004 | MERCK + CO INC | S | 405 | $48.36 | $19,585.80 |
| 7/30/2004 | MERCK + CO INC | B | 372,092 | $45.34 | $16,872,028.02 |
| 8/31/2004 | MERCK + CO INC | B | 316,547 | $44.92 | $14,219,449.51 |
| 10/15/2004 | MERCK + CO INC | B | 1,715 | $30.38 | $52,095.53 |
| 10/15/2004 | MERCK + CO INC | B | 382,149 | $30.51 | $11,658,639.91 |
| 10/26/2004 | MERCK + CO INC | B | 1,344 | $30.58 | $41,094.95 |
| 10/29/2004 | MERCK + CO INC | B | 248,248 | $31.29 | $7,767,332.37 |
| 11/1/2004 | MERCK + CO INC | B | 100 | $28.28 | $2,828.00 |
| 11/1/2004 | MERCK + CO INC | B | 24,045 | $28.81 | $692,849.46 |
| 11/12/2004 | MERCK + CO INC | B | 2,056 | $26.45 | $54,381.20 |
| 11/30/2004 | MERCK + CO INC | S | 52,798 | $28.02 | $1,479,399.96 |
| 11/30/2004 | MERCK + CO INC | B | 155,329 | $28.02 | $4,352,318.58 |
| 12/17/2004 | MERCK + CO INC | B | 4,480 | $31.79 | $142,419.20 |
| 12/17/2004 | MERCK + CO INC | S | 345 | $31.59 | $10,898.55 |
| 12/17/2004 | MERCK + CO INC | S | 780 | $31.59 | $24,640.20 |
| 1/18/2005 | MERCK + CO INC | B | 171,598 | $31.10 | $5,336,234.49 |
| 6/18/1999 | MERCK + CO INC | S | 17,000 | $69.45 | $1,180,590.23 |
| 6/23/1999 | MERCK + CO INC | S | 1,800 | $68.24 | $122,831.86 |
| 6/29/1999 | MERCK + CO INC | S | 8,900 | $71.38 | $635,238.55 |
| 5/22/1999 | MERCK + CO INC | Open | 106,900 | | |
| 5/22/1999 | MERCK + CO INC | Open | 199,000 | | |
| 7/6/1999 | MERCK + CO INC | S | 1,300 | $75.10 | $97,633.24 |
| 7/8/1999 | MERCK + CO INC | S | 1,800 | $75.35 | $135,631.41 |
| 7/12/1999 | MERCK + CO INC | S | 400 | $74.42 | $29,766.00 |
| 7/13/1999 | MERCK + CO INC | S | 6,300 | $74.46 | $469,084.88 |
| 9/1/1999 | MRK | P | 8,500 | $68.00 | ($577,967.70) |
| 9/1/1999 | MRK | P | 15,800 | $68.00 | ($1,074,339.96) |
| 9/8/1999 | MRK | P | 6,000 | $68.40 | ($410,427.00) |
| 9/17/1999 | MRK | S | -11,600 | $69.55 | $806,789.28 |
| 9/20/1999 | MRK | S | -200 | $70.03 | $14,006.26 |
| 9/21/1999 | MRK | S | -8,600 | $68.28 | $587,244.12 |
| 9/22/1999 | MRK | S | -9,800 | $69.74 | $683,492.18 |
| 9/23/1999 | MRK | S | -21,200 | $69.73 | $1,478,333.24 |
| 9/24/1999 | MRK | S | -9,500 | $67.40 | $640,270.55 |
| 9/27/1999 | MRK | S | -11,600 | $65.84 | $763,782.28 |
| 9/27/1999 | MRK | S | -18,300 | $65.91 | $1,206,085.29 |
| 10/5/1999 | MRK | S | -9,000 | $70.60 | $635,418.90 |
| 10/6/1999 | MRK | S | -8,200 | $70.13 | $575,025.00 |
| 10/6/1999 | MRK | S | -4,900 | $71.25 | $349,133.82 |
| 12/8/1999 | MRK | S | -900 | $73.58 | $66,221.91 |

| Date | Ticker | Type | Shares | Price | Amount |
|---|---|---|---:|---:|---:|
| 12/9/1999 | MRK | S | -8,900 | $72.63 | $646,362.50 |
| 1/7/2000 | MRK | P | 22,900 | $71.91 | ($1,646,791.67) |
| 1/11/2000 | MRK | P | 23,900 | $72.05 | ($1,722,042.80) |
| 1/12/2000 | MRK | P | 15,600 | $74.24 | ($1,158,131.52) |
| 1/13/2000 | MRK | P | 11,200 | $74.25 | ($831,600.00) |
| 1/14/2000 | MRK | P | 15,900 | $74.61 | ($1,186,248.12) |
| 1/18/2000 | MRK | P | 12,700 | $73.34 | ($931,428.16) |
| 1/19/2000 | MRK | P | 19,900 | $72.10 | ($1,434,869.60) |
| 1/20/2000 | MRK | P | 24,500 | $72.18 | ($1,768,530.05) |
| 1/20/2000 | MRK | P | 20,000 | $72.18 | ($1,443,698.00) |
| 4/4/2000 | MRK | P | 41,003 | $68.83 | ($2,822,265.19) |
| 4/17/2000 | MRK | P | 13,658 | $63.65 | ($869,300.29) |
| 5/31/2000 | MRK | S | -5,773 | $74.63 | $430,810.13 |
| 6/9/2000 | MRK | P | 5,100 | $69.31 | ($353,493.75) |
| 6/30/2000 | MRK | S | -24,200 | $73.66 | $1,782,480.04 |
| 8/1/2000 | MRK | S | -60,700 | $74.13 | $4,499,387.50 |
| 8/3/2000 | MRK | S | -3,100 | $75.25 | $233,275.00 |
| 8/9/2000 | MRK | P | 1,000 | $71.59 | ($71,590.90) |
| 8/10/2000 | MRK | P | 19,400 | $71.17 | ($1,380,628.16) |
| 8/11/2000 | MRK | P | 18,000 | $72.60 | ($1,306,749.60) |
| 8/14/2000 | MRK | P | 19,000 | $72.80 | ($1,383,258.90) |
| 8/15/2000 | MRK | P | 18,300 | $73.11 | ($1,337,900.19) |
| 8/17/2000 | MRK | P | 18,300 | $74.00 | ($1,354,189.02) |
| 8/31/2000 | MRK | P | 14,178 | $70.63 | ($1,001,392.14) |
| 9/1/2000 | MRK | P | 19,782 | $69.09 | ($1,366,787.84) |
| 9/5/2000 | MRK | P | 6,200 | $66.93 | ($414,942.44) |
| 9/13/2000 | MRK | P | 2,300 | $68.38 | ($157,262.50) |
| 9/14/2000 | MRK | P | 800 | $67.28 | ($53,825.04) |
| 9/15/2000 | MRK | P | 10,200 | $67.83 | ($691,841.52) |
| 9/15/2000 | MRK | P | 13,500 | $67.56 | ($912,093.75) |
| 10/9/2000 | MRK | S | -2,234 | $75.18 | $167,947.05 |
| 10/20/2000 | MRK | P | 5,300 | $79.89 | ($423,430.25) |
| 10/23/2000 | MRK | P | 8,600 | $84.71 | ($728,539.54) |
| 10/24/2000 | MRK | P | 10,400 | $84.81 | ($882,025.04) |
| 10/25/2000 | MRK | P | 14,400 | $86.93 | ($1,251,797.76) |
| 10/30/2000 | MRK | S | -208,000 | $88.69 | $18,447,000.00 |
| 11/1/2000 | MRK | P | 93,795 | $89.88 | ($8,430,604.12) |
| 11/8/2000 | MRK | P | 6,200 | $91.17 | ($565,274.46) |
| 11/9/2000 | MRK | P | 1,700 | $90.53 | ($153,903.21) |
| 11/20/2000 | MRK | P | 5,700 | $90.28 | ($514,603.41) |
| 11/30/2000 | MRK | P | 63,357 | $93.16 | ($5,902,338.12) |
| 11/30/2000 | MRK | P | 106,864 | $93.16 | ($9,955,450.24) |
| 12/20/2000 | MRK | P | 1,100 | $91.50 | ($100,650.00) |
| 1/4/2001 | MRK | P | 90,965 | $85.28 | ($7,757,495.20) |
| 1/4/2001 | MRK | P | 62,436 | $85.28 | ($5,324,542.08) |
| 1/31/2001 | MRK | P | 103,435 | $80.75 | ($8,352,191.85) |
| 2/16/2001 | MRK | P | 200 | $77.50 | ($15,500.00) |
| 2/21/2001 | MRK | P | 2,200 | $78.92 | ($173,624.00) |
| 3/29/2001 | MRK | S | -1,000 | $75.66 | $75,660.40 |
| 3/30/2001 | MRK | P | 10,582 | $74.40 | ($787,281.20) |
| 4/3/2001 | MRK | S | -1,700 | $75.00 | $127,505.27 |
| 4/6/2001 | MRK | S | -1,400 | $75.87 | $106,219.96 |

| Date | Ticker | Type | Shares | Price | Amount |
|---|---|---|---:|---:|---:|
| 4/9/2001 | MRK | S | -1,700 | $76.79 | $130,543.51 |
| 4/9/2001 | MRK | S | -1,900 | $76.79 | $145,901.57 |
| 4/10/2001 | MRK | S | -1,900 | $77.80 | $147,828.93 |
| 4/12/2001 | MRK | S | -100 | $78.24 | $7,824.00 |
| 4/16/2001 | MRK | S | -400 | $79.57 | $31,829.00 |
| 4/17/2001 | MRK | S | -1,000 | $79.10 | $79,100.00 |
| 4/17/2001 | MRK | S | -700 | $79.51 | $55,657.00 |
| 5/1/2001 | MRK | D | -222,700 | $0.00 | $0.00 |
| 5/8/2001 | MRK | P | 50,730 | $76.03 | ($3,857,098.29) |
| 7/9/2001 | MRK | P | 13,977 | $64.15 | ($896,635.74) |
| 8/30/2001 | MRK | P | 15,238 | $66.56 | ($1,014,276.55) |
| 10/11/2001 | MRK | P | 25,643 | $68.17 | ($1,748,107.38) |
| 11/7/2001 | MRK | P | 39,848 | $65.13 | ($2,595,429.12) |
| 12/4/2001 | MRK | P | 72,045 | $67.39 | ($4,855,408.82) |
| 12/12/2001 | MRK | P | 120,000 | $58.18 | ($6,981,356.93) |
| 1/24/2002 | MRK | S | -23,632 | $58.08 | $1,372,551.31 |
| 2/6/2002 | MRK | S | -292,926 | $58.81 | $17,228,282.21 |
| 3/5/2002 | MRK | P | 174,130 | $62.27 | ($10,843,136.32) |
| 4/9/2002 | MRK | P | 96,339 | $54.06 | ($5,207,676.13) |
| 4/9/2002 | MRK | P | 23,699 | $53.97 | ($1,279,035.03) |
| 5/2/2002 | MRK | P | 16,073 | $55.64 | ($894,338.49) |
| 5/7/2002 | MRK | S | -190,635 | $55.38 | $10,557,918.90 |
| 5/24/2002 | MRK | P | 28,117 | $57.53 | ($1,617,583.10) |
| 6/6/2002 | MRK | S | -75,765 | $52.75 | $3,996,285.86 |
| 7/11/2002 | MRK | P | 38,747 | $43.19 | ($1,673,434.32) |
| 7/18/2002 | MRK | S | -6,133 | $43.81 | $268,657.69 |
| 7/19/2002 | MRK | P | 2,437 | $42.12 | ($102,655.39) |
| 8/8/2002 | MRK | P | 7,405 | $49.60 | ($367,265.68) |
| 8/13/2002 | MRK | P | 239,558 | $51.03 | ($12,225,816.30) |
| 9/10/2002 | MRK | P | 94,577 | $49.40 | ($4,672,254.03) |
| 9/30/2002 | MRK | S | -39,238 | $45.69 | $1,792,618.21 |
| 10/11/2002 | MRK | P | 26,658 | $45.51 | ($1,213,248.29) |
| 11/5/2002 | MRK | P | 2,900 | $53.95 | ($156,457.61) |
| 11/12/2002 | MRK | P | 40,545 | $55.13 | ($2,235,366.43) |
| 12/9/2002 | MRK | S | -2,173 | $58.51 | $127,148.13 |
| 12/24/2002 | MRK | P | 400 | $57.10 | ($22,839.64) |
| 1/9/2003 | MRK | P | 176,644 | $59.85 | ($10,572,746.06) |
| 2/19/2003 | MRK | P | 300 | $54.36 | ($16,307.10) |
| 3/4/2003 | MRK | P | 200 | $52.11 | ($10,422.88) |
| 4/1/2003 | MRK | P | 300 | $55.36 | ($16,608.21) |
| 4/23/2003 | MRK | P | 42,443 | $59.13 | ($2,509,669.49) |
| 4/24/2003 | MRK | P | 219,273 | $58.06 | ($12,732,042.89) |
| 4/25/2003 | MRK | S | -135,070 | $56.91 | $7,687,369.24 |
| 6/2/2003 | MRK | P | 9,100 | $55.79 | ($507,669.89) |
| 6/2/2003 | MRK | P | 72,000 | $55.94 | ($4,027,831.20) |
| 6/3/2003 | MRK | S | -68,611 | $56.19 | $3,855,105.23 |
| 6/30/2003 | MRK | P | 217,900 | $60.55 | ($13,193,845.00) |
| 7/22/2003 | MRK | S | -400 | $58.16 | $23,263.00 |
| 7/31/2003 | MRK | P | 29,807 | $56.10 | ($1,672,036.76) |
| 8/27/2003 | MRK | P | 182,982 | $50.30 | ($9,204,436.12) |
| 9/11/2003 | MRK | S | -31,399 | $53.47 | $1,678,962.98 |
| 9/24/2003 | MRK | P | 332,595 | $50.78 | ($16,888,775.61) |

| Date | Ticker | Type | Shares | Price | Amount |
|---|---|---|---:|---:|---:|
| 9/24/2003 | MRK | S | -332,595 | $50.78 | $16,888,775.61 |
| 9/24/2003 | MRK | S | -332,595 | $50.78 | $16,888,775.61 |
| 9/30/2003 | MRK | S | -1,500 | $50.44 | $75,654.00 |
| 10/1/2003 | MRK | S | -283,371 | $51.03 | $14,460,615.15 |
| 10/7/2003 | MRK | S | -182,974 | $49.98 | $9,144,959.85 |
| 10/15/2003 | MRK | P | 182,974 | $49.04 | ($8,973,406.92) |
| 10/15/2003 | MRK | S | -182,974 | $49.04 | $8,973,406.92 |
| 10/15/2003 | MRK | S | -182,974 | $49.04 | $8,973,406.92 |
| 12/2/2003 | MRK | P | 169,871 | $42.51 | ($7,221,708.28) |
| 12/2/2003 | MRK | S | -169,871 | $42.51 | $7,221,708.28 |
| 12/2/2003 | MRK | S | -169,871 | $42.51 | $7,221,708.28 |
| 1/28/2004 | MRK | P | 177,392 | $47.87 | ($8,492,016.22) |
| 1/29/2004 | MRK | P | 177,392 | $47.73 | ($8,466,365.31) |
| 1/30/2004 | MRK | P | 177,393 | $47.70 | ($8,461,422.21) |
| 2/18/2004 | MRK | P | 2,100 | $49.12 | ($103,145.70) |
| 3/5/2004 | MRK | P | 6,050 | $47.95 | ($290,103.94) |
| 3/16/2004 | MRK | S | -264,177 | $45.05 | $11,900,149.94 |
| 3/17/2004 | MRK | S | -232,781 | $44.57 | $10,375,478.59 |
| 3/31/2004 | MRK | P | 165,400 | $44.19 | ($7,308,199.00) |
| 4/5/2004 | MRK | P | 47,960 | $45.29 | ($2,172,108.40) |
| 4/5/2004 | MRK | P | 3,900 | $45.33 | ($176,795.62) |
| 4/13/2004 | MRK | P | 1,755 | $44.69 | ($78,424.58) |
| 5/10/2004 | MRK | P | 2,552 | $46.85 | ($119,558.43) |
| 5/10/2004 | MRK | S | -3,785 | $46.81 | $177,168.23 |
| 6/2/2004 | MRK | P | 145,197 | $47.79 | ($6,938,553.29) |
| 6/3/2004 | MRK | S | -8,434 | $48.02 | $404,969.19 |
| 6/9/2004 | MRK | P | 58,573 | $48.14 | ($2,819,495.50) |
| 7/7/2004 | MRK | S | -35,000 | $46.36 | $1,622,441.26 |
| 7/7/2004 | MRK | S | -17,500 | $46.33 | $810,819.39 |
| 7/9/2004 | MRK | P | 288,474 | $45.99 | ($13,265,849.53) |
| 7/13/2004 | MRK | S | -15,035 | $45.50 | $684,064.35 |
| 8/6/2004 | MRK | P | 11,406 | $43.74 | ($498,888.38) |
| 9/7/2004 | MRK | P | 4,927 | $45.71 | ($225,219.63) |
| 9/30/2004 | MRK | P | 69,890 | $33.13 | ($2,315,780.59) |
| 10/1/2004 | MRK | P | 23,297 | $33.53 | ($781,057.67) |
| 10/7/2004 | MRK | P | 12,616 | $30.67 | ($386,899.89) |
| 10/8/2004 | MRK | S | -153,000 | $30.69 | $4,694,866.20 |
| 10/15/2004 | MRK | P | 664,489 | $30.45 | ($20,230,576.95) |
| 10/25/2004 | MRK | P | 658,595 | $30.39 | ($20,014,515.21) |
| 11/1/2004 | MRK | P | 152,127 | $28.74 | ($4,372,766.52) |
| 11/3/2004 | MRK | S | -115,481 | $27.46 | $3,171,641.20 |
| 11/4/2004 | MRK | S | -30,933 | $27.39 | $847,194.23 |
| 11/30/2004 | MRK | P | 22,568 | $27.98 | ($631,433.82) |
| 12/8/2004 | MRK | P | 66,584 | $28.56 | ($1,901,632.38) |
| 12/17/2004 | MRK | S | -143,457 | $31.11 | $4,463,065.21 |
| 1/2/2002 | MRK | R | 290,300 | $0.00 | $0.00 |
| 1/2/2002 | MRK | R | 77,400 | $0.00 | $0.00 |
| 9/1/1999 | MRK | R | 189,200 | $0.00 | $0.00 |

| Date | Ticker | Type | Shares | Price | Amount |
|---|---|---|---:|---:|---:|
| 9/1/1999 | MRK | R | 79,200 | $0.00 | $0.00 |
| 4/3/2000 | MRK | R | 166,600 | $0.00 | $0.00 |
| 4/3/2000 | MRK | D | -166,600 | $0.00 | $0.00 |
| 4/2/2001 | MRK | R | 10,000 | $0.00 | $0.00 |
| 4/2/2001 | MRK | D | -10,000 | $0.00 | $0.00 |
| 11/28/2001 | MRK | R | 217,900 | $0.00 | $0.00 |
| 11/28/2001 | MRK | R | 217,900 | $0.00 | $0.00 |
| 6/6/2002 | MRK | P | 13,000 | $54.25 | ($705,250.00) |
| 6/6/2002 | MRK | S | -13,000 | $54.25 | $705,250.00 |
| 7/1/2002 | MRK | R | 315,801 | $0.00 | $0.00 |
| 7/1/2002 | MRK | R | 315,802 | $0.00 | $0.00 |
| 7/1/2002 | MRK | R | 315,802 | $0.00 | $0.00 |
| 7/1/2002 | MRK | D | -315,801 | $0.00 | $0.00 |
| 7/1/2002 | MRK | D | -315,802 | $0.00 | $0.00 |
| 7/1/2002 | MRK | D | -315,802 | $0.00 | $0.00 |
| 2/2/2004 | MRK | D | -2,200 | $0.00 | $0.00 |
| 3/1/2004 | MRK | R | 166,700 | $0.00 | $0.00 |
| 3/1/2004 | MRK | D | -166,700 | $0.00 | $0.00 |
| 4/7/2004 | MRK | R | 311,367 | $0.00 | $0.00 |
| 4/7/2004 | MRK | D | -311,367 | $0.00 | $0.00 |
| 6/1/2004 | MRK | R | 156,930 | $0.00 | $0.00 |
| 6/1/2004 | MRK | R | 189,170 | $0.00 | $0.00 |
| 6/1/2004 | MRK | D | -156,930 | $0.00 | $0.00 |
| 6/1/2004 | MRK | D | -189,170 | $0.00 | $0.00 |
| 6/2/2003 | MRK | D | -42,443 | $0.00 | $0.00 |
| 7/1/2003 | MRK | R | 326,664 | $0.00 | $0.00 |
| 7/1/2003 | MRK | R | 535,075 | $0.00 | $0.00 |
| 7/1/2003 | MRK | D | -535,075 | $0.00 | $0.00 |
| 7/1/2003 | MRK | D | -326,664 | $0.00 | $0.00 |
| 9/30/2002 | MRK | P | 9,590 | $46.26 | ($443,633.40) |
| 9/30/2002 | MRK | S | -9,590 | $46.26 | $443,633.40 |
| 10/1/2003 | MRK | R | 1,069,743 | $0.00 | $0.00 |
| 10/1/2003 | MRK | D | -1,069,743 | $0.00 | $0.00 |
| 12/2/2002 | MRK | R | 915,971 | $0.00 | $0.00 |
| 12/2/2002 | MRK | D | -915,971 | $0.00 | $0.00 |
| 4/15/2003 | MRK | R | 277,150 | $0.00 | $0.00 |
| 7/1/2004 | MRK | R | 101,610 | $0.00 | $0.00 |
| 12/16/2004 | MRK | R | 86,100 | $0.00 | $0.00 |