**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
485 Lexington Avenue, 29th Floor
New York, New York 10017
T:  (646) 722-8500
F:  (646) 722 8501

**SAIBER LLC**
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
T:  (973) 622-3333
F:  (973) 622-3349

*Attorneys for Plaintiff Stichting Pensioenfonds ABP*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP, | Case No. 2:05-CV-5060-SRC |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE** |
| v. | |
| MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM, | |
| Defendants. | |

**MARC E. WOLIN**, hereby certifies that on March 5, 2012, I caused the Plaintiff's Opposition to Defendants' Motions to Dismiss, Declaration of Geoffrey C. Jarvis and Declaration of APG Algemene Pensioen Groep N.V. to be electronically filed with the United

{00715610.DOC}

2

States District Court for the District of New Jersey using the USDC CM/ECF system which will send notification of such filing to all counsel registered to receive such notice.

Dated: March 5, 2012

                                              */s Marc E. Wolin*