**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler
Robert H. Baron
Karin A. DeMasi
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

**HUGHES HUBBARD & REED LLP**
William R. Stein
Eric S. Parnes
1775 I Street, NW
Washington, DC 20006-2401
(202) 721-4600

*Counsel for Defendants Merck & Co., Inc., Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, David W. Anstice and Peter S. Kim*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE STICHTING PENSIOENFONDS ABP ACTION | Case No. 2:05-CV-05060-SRC-MAS |

**DECLARATION OF ROBERT H. BARON IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, ROBERT H. BARON, declare, under penalty of perjury, as follows:

I am a member of the firm of Cravath, Swaine & Moore LLP, attorneys for Defendants Merck & Co., Inc. ("Merck"), Raymond V. Gilmartin, Judy C. Lewent, Alise S. Reicin, Kenneth C. Frazier, David W. Anstice, and Peter S. Kim (collectively, "Defendants") in the above-captioned action. I submit this Declaration in further support of Defendants' Motion to Dismiss the Second Amended Complaint.

1. Attached hereto as Exhibit 34 is a true and correct copy of Merck's SEC Form 10-K, dated March 21, 2002.

2. Attached hereto as Exhibit 35 is a true and correct copy of Merck's SEC Form 8-K, dated May 9, 2005.

3. Attached hereto as Exhibit 36 is a true and correct copy of the Stipulation and Order entered on January 23, 2012, in *Stichting Pensioenfonds ABP v. Merck & Co., Inc.*, MDL No. 1658, 2:05-CV-05060 (SRC) (D.N.J.).

4. Attached hereto as Exhibit 37 is a true and correct copy of email correspondence between Defendants' counsel and Plaintiff's counsel, dated September 22, 2011.

5. Attached hereto as Exhibit 38 is a true and correct copy of Defendants' Motion to Dismiss the Complaint in *Stichting Pensioenfonds ABP v. Merck & Co., Inc.*, MDL No. 1658, 2:05-CV-05060 (SRC) (D.N.J.), filed on August 3, 2007.

6. Attached hereto as Exhibit 39 is a true and correct copy of a letter from Robert Baron to the Court, dated August 7, 2006.

7. Attached hereto as Exhibit 40 is a true and correct copy of the Stipulation and Order entered on October 23, 2007, in *Stichting Pensioenfonds ABP v. Merck & Co., Inc.*, MDL No. 1658, 2:05-CV-05060 (SRC) (D.N.J.).

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2012.

                                                /s/ Robert H. Baron

                                                Robert H. Baron