# Exhibit 37



**Re: Draft Stipulation and [Proposed] Order**
Geoffrey Jarvis <gjarvis@gelaw.com>    to: KDeMasi@cravath.com    09/22/2011 01:22 PM
Cc:  John Kehoe, "SGJones@cravath.com"

History:        This message has been replied to and forwarded.

You can sign for me since i am in Scotland.

_____
Geoffrey C. Jarvis  |   Grant & Eisenhofer P.A.
Director
1201 N. Market Street
Wilmington, DE  19801
Tel:  302.622.7040  |  Fax: 302.622.7100  |  Cell: 302.220.7400
Assistant - Justin Chaney: 302.622.7017
gjarvis@gelaw.com | www.gelaw.com


On Sep 22, 2011, at 1:20 PM, "KDeMasi@cravath.com" <KDeMasi@cravath.com> wrote:

> Thanks.  The execution copy wil come around momentarily for everyone to sign.  Once we have all signatures, we will submit with a cover letter to the Court from me as follows (subject to your comments):
>
> Dear Judge Chesler,
>
> We represent Defendants (other than Dr. Scolnick) in the above-referenced seven individual securities actions (the "Individual Actions"), which are part of MDL No. 1658.  On behalf of all parties, we respectfully submit the enclosed Stipulation and [Proposed] Order relating to a proposed schedule for filing, and responding to, amended complaints in these actions.
>
> Respectfully submitted,
>
>
> Karin A. DeMasi
>
>
>
>
> ----- Original Message -----
> From: "John Kehoe" [jkehoe@ktmc.com]
> Sent: 09/22/2011 01:07 PM AST
> To: <gjarvis@gelaw.com>; Shawndra Jones
> Cc: Karin DeMasi
> Subject: Re: Draft Stipulation and [Proposed] Order
>
>
>
> Looks ok to KTMC.
> _____
> John A. Kehoe, Esq.
> Kessler Topaz Meltzer & Check, LLP

```
> 280 King of Prussia Road
> Radnor, Pennsylvania 19087
> Direct Dial:  484-270-1498
> General Firm Phone:  610-667-7706
> General Firm Fax:  610-667-7056
> Email: jkehoe@ktmc.com
> Internet: www.ktmc.com
>
>
> PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
> The information in this transmittal may include privileged and confidential
> material and is intended for the recipient(s) listed above.  If you are
> neither the intended recipient(s) nor a person responsible for the delivery
> of this transmittal to the intended recipient(s), you are hereby notified
> that any distribution or copying of this transmittal is prohibited.  If you
> have received this transmittal in error, please notify the sender
> immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via
> return e-mail.
>
>
>
> ----- Original Message -----
> From: Geoffrey Jarvis [mailto:gjarvis@gelaw.com]
> Sent: Thursday, September 22, 2011 01:05 PM
> To: Shawndra G. Jones <SGJones@cravath.com>
> Cc: John Kehoe; Karin DeMasi <KDeMasi@cravath.com>
> Subject: Re: Draft Stipulation and [Proposed] Order
>
> Looks ok to G&E.
>
> _____
> Geoffrey C. Jarvis  |   Grant & Eisenhofer P.A.
> Director
> 1201 N. Market Street
> Wilmington, DE  19801
> Tel:  302.622.7040  |  Fax: 302.622.7100  |  Cell: 302.220.7400
> Assistant - Justin Chaney: 302.622.7017
> gjarvis@gelaw.com<mailto:gjarvis@gelaw.com> | <http://www.gelaw.com>
> www.gelaw.com<http://www.gelaw.com>
>
>
>
>
> On Sep 22, 2011, at 11:38 AM, "Shawndra G. Jones"
> <SGJones@cravath.com<mailto:SGJones@cravath.com>> wrote:
>
> Counsel,
>
> A draft stipulation is attached for your review. Please let us know if you
> have any comments. In particular, please let us know if you have any
> revisions to the signature blocks.
>
> Regards,
>
> Shawndra G. Jones
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
> Telephone: (212) 474-1812
```

```
> Fax: (212) 474-3700
>
>
>
>
>
>
>
>
> This e-mail is confidential and may be privileged. Use or disclosure of it
> by anyone other than a designated addressee is unauthorized. If you are not
> an intended recipient, please delete this e-mail from the computer on which
> you received it.
>
> <NYLit_2583109_10.DOC>
>
>
> This e-mail is confidential and may be privileged. Use or disclosure of it
by anyone other than a designated addressee is unauthorized. If you are not an
intended recipient, please delete this e-mail from the computer on which you
received it.
>
>
```