# Exhibit 39

# CRAVATH, SWAINE & MOORE LLP

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
D. COLLIER KIRKHAM
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY

GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

─────────

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1422

KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE

GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL

─────────

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

─────────

OF COUNSEL
ROBERT ROSENMAN
CHRISTINE BESHAR

August 7, 2006

<u>In re Merck & Co., Inc. Securities, Derivative & "ERISA"</u>
<u>Litigation (MDL 1658), 05-CV-01151-SRC</u>

<u>Stichting Pensioenfonds ABP v. Merck & Co., Inc., et al.,</u>
<u>05-CV-05060-SRC</u>

Dear Judge Chesler:

      We represent Merck & Co., Inc. and certain individual defendants in *Stichting Pensioenfonds ABP v. Merck & Co., Inc., et al.* (the "ABP Action"). The ABP Action is a securities action relating to VIOXX® and, as such, is part of *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation* (MDL 1658), pursuant to Paragraph 1 of this Court's Pre-Trial Order No. 1, dated May 5, 2005, and filed May 6, 2005, in MDL 1658. Because the ABP Action is not a class action, it is not part of the Consolidated Securities Action.

      On August 1, 2006, an entry appeared on the ABP Action docket, requesting that the parties to the ABP Action appear for a settlement conference on August 16, 2006. Because this Court's December 28, 2005 Order effectively stayed the ABP Action pending resolution of the defendants' motion to dismiss the Consolidated Securities Action, we believe this docket entry may be in error and request the Court's

clarification. We respectfully submit that a settlement conference would be premature at this time.

Respectfully,

Robert H. Baron

Honorable Stanley R. Chesler, U.S.D.J.
    United States District Court for the District of New Jersey
        Martin Luther King, Jr. Federal Building & U.S. Courthouse
           50 Walnut Street
             Newark, NJ 07101

BY FEDERAL EXPRESS

Copies to:

Geoffrey C. Jarvis, Esq.
    Grant & Eisenhofer P.A.
        1201 N. Market Street
           Wilmington, DE 19801

William H. Gussman, Jr., Esq.
    Schulte Roth & Zabel LLP
        919 Third Avenue
           New York, NY 10022

BY EMAIL PDF