## CERTIFICATE OF SERVICE

The undersigned certifies, under the penalties of perjury, that on March 26, 2012, a copy of the foregoing

- **REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT and**
- **DECLARATION OF ROBERTH H. BARON IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DMSISS THE SECOND AMENDED COMPLAINT and**
- **CERTIFICATE OF SERVICE**

was filed electronically. Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Dated this 26th day of March, 2012, at New York, New York.

*[signature]*
Robert B. Zwillich